IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND J. WALLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:24-CV-153-ECM-KFP ) |
| TROY UNIVERSITY, | ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motions for Leave to Amend Complaint (Docs. 23, 25), it is ORDERED that Defendant must file a response by **December 20, 2024**, showing cause why it should not be granted. Plaintiff may file a reply by **January 3, 2025**.

The Clerk is DIRECTED to send a copy of this Order to Plaintiff Raymond J. Waller at his address of record.

DONE this 6th day of December, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE