IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND J. WALLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-CV-153-ECM-KFP |
| | ) | |
| TROY UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

It is ORDERED that an in-person scheduling conference is set for **January 10, 2025, at 11:00 a.m.** in Courtroom 5A, Frank M. Johnson Jr. U.S. Courthouse, One Church Street, Montgomery, Alabama 36104.

The Clerk is DIRECTED to send a copy of this Order to Plaintiff Raymond J. Waller at his address of record.

DONE this 6th day of December, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE