# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **RAYMOND J. WALLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civ. Act. No.2:24-cv-153-ECM-KFP** |
| | ) | |
| | ) | |
| **TROY UNIVERSITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## REPORT OF PARTIES PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f) and this Honorable Court's Order of September 3, 2024, a conference of the parties' was held on multiple occasions by electronically exchanged copies by:

a.) On behalf of the Plaintiff, Raymond Waller, 837 Kittrell Creek Road, Sandersville, Georgia 31082.

b.) On behalf of the Defendant, Matthew M. Baker, Cervera, Ralph, Reeves, Baker & Hastings, LLC, P.O. Box 325, Troy, Alabama, 36081.

2. <u>Pre-Discovery Disclosures:</u> The parties will exchange by February 14, 2025 the information required by Fed. R. Civ. P. 26(a)(1).

3. <u>Discovery Plan:</u> The parties jointly propose to the Court the following discovery plan:

a.) Discovery will be needed on the following subjects: all matters, not privileged, addressed in the parties' pleadings, including the Plaintiff's allegations and the Defendant's defenses, causation, and damages.

b.)  All discovery commenced in time to be completed by August 29, 2025.

c.)  Maximum of forty (40) interrogatories by each party to any other party.  Responses due thirty (30) days after service.

d.)  Maximum of thirty (30) requests for admission by each party to any other party. Responses due thirty (30) days after service.

e.)  Maximum of thirty (30) requests for production by each party to any other party. Responses due thirty (30) days after service.

f.)  Maximum of ten (10) depositions per party.

g.)  Each deposition, other than of a party, limited to a maximum of eight (8) hours unless extended by agreement of the parties.

h.)  Reports from retained experts under Rule 26(a)(2) due:

     i.)  From the Plaintiff by April 30, 2025.

     ii.)  From the Defendant by May 30, 2025.

i.)  Supplementations under Rule 26 are due no later than March 14, 2025 or as soon as reasonably practical after the information or documents are discovered.

4.  Other Items:

a.)  The parties do not request a conference with the Court before entering of the Scheduling Order.

b.)  All parties do consent to the exercise of final dispositive jurisdiction by the Honorable Kelly Fitzgerald Pate, United States Magistrate Judge in accordance with 28 §U.S.C. 636(c).

c)  The parties request a Pre-Trial Conference, as the Court's schedule allows, on or about November 1, 2025.

c.)  The Plaintiff should be allowed until January 6, 2025 to join additional parties and January 6, 2025 to amend the pleadings.

d.)  The Defendant should be allowed until January 27, 2025 to join additional parties and until January 27, 2025 to amend the pleadings.

e.)  All potentially dispositive motions should be filed by the movant no later than June 27, 2025, with the opponent's response brief being due twenty-one (21) days after the filing of the movant's motion, and any reply brief due seven (7) days after the filing of the opponent's response.

f.)  On or before August 15, 2025, counsel for the Defendant and the Plaintiff shall conduct a settlement conference at which counsel shall engage in good faith settlement negotiations. Neither party is opposed to utilizing mediation under the court's ADR plan at this time, but jointly request waiting until after the settlement conference to utilize said plan.  If settlement cannot be reached, counsel shall also discuss whether counsel still feels that mediation will assist the parties in reaching settlement. Not less than FIVE (5) DAYS after this conference, Plaintiff shall file a pleading titled "Notice Concerning Settlement Conference and Mediation." This pleading shall indicate whether settlement was reached and, if not, whether the parties believe mediation will assist them in resolving this case short of trial. Information about mediation is attached to this order.

g.) Final list of witnesses, evidence, exhibits and deposition designations under Rule 26(a)(3) should be served and filed no later than November 3, 2025, 42 days prior to trial.

h.)  Parties should have until November 10, 2025 to list objections under Rule 26 (a)(3) after to witnesses, evidence, exhibits and deposition designations.

i.)  The case should be ready for trial during the December 9, 2025 trial term and is expected to take approximately three (3) days by the Plaintiff's estimate and three (3) days by the Defendant's

estimate.

Respectfully submitted this the 7th day of January, 2025.


/s/Raymond Waller                             /s/Matthew M. Baker
Raymond Waller                                Matthew M. Baker (BAK017)
Plaintiff                                     Jamie G. Campbell (CAM090)
837 Kittrell Creek Road                       Attorneys for the Defendant
Sandersville, Georgia 31082                   Cervera, Ralph, Reeves, Baker &
                                              Hastings, LLC
                                              P. O. Box 325
334-350-2454                                  914 South Brundidge Street
                                              Troy, Alabama 36081
drrjwaller@gmail.com
                                              (334) 566-0116
                                              (334) 566-4073 fax

                                              mbaker@troycable.net
                                              jcampbell@troycable.net