IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RAYMOND J. WALLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-CV-153-ECM-KFP |
| | ) | |
| TROY UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **RULE 26(f) ORDER**

Based upon the matters addressed at the hearing on April 10, 2025, it is ORDERED that the parties confer and submit an amended Rule 26(f) report based on the trial terms and scheduling order requirements of the Middle District of Alabama. The Rule 26(f) report is due by **April 25, 2025**.

Dispositive motions should be filed at least 120 days before the pretrial conference/hearing date. If the parties seek to vary from that schedule, they should present specific case-related reasons for the requested variance. In their Rule 26(f) report, however, the parties should assume that the 120-day requirement will apply when the Court enters the Rule 16(b) Uniform Scheduling Order.

It is the also this Court's policy that the Rule 26(a)(3) witness list exchange, deposition designations, and exchange of trial exhibits and evidence will occur at least 42 days before trial to allow time for filing and resolution of objections and related motions. The parties may agree to longer deadlines, but shorter deadlines ordinarily will not be allowed.

**Notice Regarding Mandatory Mediation:** The Court finds that mediation is appropriate and may result in the speedy and just resolution of this matter. Accordingly, as will be set forth in further detail in the Court's Uniform Scheduling Order, the parties must plan for mandatory mediation, either by a private mediator or a United States Magistrate Judge, to be completed by the end of the discovery period.

At any point during the litigation, if the parties wish to request PSAP mediation, they must file a joint notice with the Court. A volunteer attorney will be appointed to represent Plaintiff for the limited purpose of mediation.

The Court may or may not hold a scheduling conference before issuing a scheduling order. If the Court holds a scheduling conference, counsel will be advised whether the conference will be held in person, by ZoomGov meeting, or by telephone conference. The scheduling order entered by the Court will follow the form of the Uniform Scheduling Order adopted by the judges of this Court, which is also available on the Court's website.

DONE this 11th day of April, 2025.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE